# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 32 MM 2016
               :
               Respondent     :
               :
               :
               :
          v.          :
               :
               :
OLIN JAMAR HORSEY,          :
               :
             Petitioner     :

## ORDER

**PER CURIAM**

       **AND NOW**, this 31st day of May, 2016, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Although counsel was negligent, Petitioner is entitled to a counsel-filed allocatur petition. *See* Pa.R.Crim.P. 122.

       Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days.